WEPRIN & GLASS BUILDING CORPORATION, Respondent, *v.* ROSOFF SUBWAY CONSTRUCTION CO., INC., Appellant.

(Submitted December 13, 1935; decided January 8, 1936.)

*Jacob I. Goodstein* for appellant.

*Murray L. Halpern* and *Paul Englander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.